# United States District Court
## Violation Notice

(Rev. 1/2018)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC35 | 9579804 | S. HERNANDEZ | 1029 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 09/26/2020 2255 HRS
Offense Charged: CVC 23152(b)

Place of Offense: NAVAC BASE VENTURA COUNTY
POINT MUGU, CA 93041
LAS POSAS GATE 3

Offense Description: DRIVING UNDER THE INFLUENCE OF ALCOHOL WITH A BAC OF .08 OR HIGHER
AS ASSIMILATED BY 18 USC 13

### DEFENDANT INFORMATION

Phone: 805-445-2806

Last Name: ARTEAGA
First Name: VANESSA
MI: M

Street Address: [redacted]

Vehicle Tag: 7RGK038   CA   2016   VOLKSWAGEN JETTA   BLACK

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
WILL BE NOTIFIED BY MAIL

X Defendant Signature: [signature]

Original - CVB Copy

*9579804*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 26, 2020 while exercising my duties as a law enforcement officer in the Central District of California

SEE REPORT AND LEGALITY BOOTH, ATTACHED HERE TO REFERENCE HEREIN

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/26/2020
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/28/2020 16:24